UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60662-CIV-MARRA

RACHEL WATKINS

      Plaintiff

vs.

CITIBANK (SOUTH DAKOTA),
N.A.

      Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 23].

**THE COURT** has considered the Notice, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby **DISMISSED**. Fed. R. Civ. P. 41(a). Any pending motions are denied as moot. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of September, 2007.

                                                KENNETH A. MARRA
                                                United States District Judge

copies to:
All counsel of record
Magistrate Judge Linnea R. Johnson